Hines v. San Diego County et al | Doc. 5
Case 3:07-cv-00697-LAB-WMC   Document 5   Filed 06/19/2007   Page 1 of 1
AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

James Lynn Hines aka Jackson Malloy

**V.**

County of San Diego, et al.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 07-CV-0697 LB (WMc)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby denies Plaintiff's Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. 1915(g) and dismisses the case without prejudice for failure to pay the full $350 civil filing fee required by 28 U.S.C. 1914(a).......

| June 19, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON June 19, 2007

07-CV-0697 LB (WMc)

Dockets.Justia.com