# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

James Lynn Hines aka Jackson Malloy

V.

County of San Diego, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07-CV-0697 LB (WMc)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby denies Plaintiff's Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. 1915(g) and dismisses the case without prejudice for failure to pay the full $350 civil filing fee required by 28 U.S.C. 1914(a).......

| June 19, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON June 19, 2007 |

07-CV-0697 LB (WMc)